LOVE ALLEN v. STATE.

No. A-595. Opinion Filed May 23, 1911.

Appeal from Pontotoc County Court; Joel Terrell, Judge.

Love Allen was convicted of violating the prohibitory law, and appeals. Affirmed.

Stone & Maxey, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. Plaintiff in error was convicted on the 29th day of November, 1909, in the county court of Pontotoc county on a charge of unlawfully selling intoxicating liquor, and his punishment assessed at a fine of fifty dollars, and confinement in the county jail for a period of thirty days. On the 10th day of December, thereafter, judgment was entered, and time given to perfect the appeal. Case-made and petition in error were filed in this court on the 7th day of February, 1910. No brief has been filed on behalf of the plaintiff in error. The indictment is regular and the judgment of the court appears to be in due form, and is therefore affirmed, under rule 4, for want of prosecution.

---

BOB MILSAP v. STATE.

No. A-614. Opinion Filed May 23, 1911.

Appeal from District Court, McClain County; R. McMillan, Judge.

Bob Milsap was convicted of larceny of domestic animals, and appeals. Appeal dismissed.

Wadlington & Wadlington, for plaintiff in error.

Chas. West, Atty. Gen., Smith C. Matson, Asst. Atty. Gen., and Ben Franklin, county attorney of McClain county, for defendant in error.

PER CURIAM. A motion to dismiss this appeal has been filed on behalf of the state, on the ground that the plaintiff in error is a fugitive from justice. It having been shown to the satisfaction of the court by affidavits and oral evidence produced in open court that the plaintiff in error is a fugitive from justice at this time, the motion is sustained and the appeal dismissed.